582

Raymond L. Kohler, Austin, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand to district court for resentencing in light of the Supreme Court's recent opinion in *US v. Booker* and this Court's opinion in *US v. Mares* is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days from the denial of Appellee's motion to vacate and remand is DENIED as moot.

---

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ramon LOYA–ESCOBEDO,**
**Defendant–Appellant.**

No. 04–51130.

United States Court of Appeals,
Fifth Circuit.

Decided April 13, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the Western District of Texas, El Paso Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

days from the denial of Appellee's motion to vacate and remand is DENIED as moot.

IT IS FURTHER ORDERED that the joint motion of the parties to remand the case to the United States District Court for the Northern District of Texas, for the Amarillo Division for resentencing is GRANTED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**David CANO–HERNANDEZ,**
**Defendant–Appellant.**

No. 05–10032.

United States Court of Appeals,
Fifth Circuit.

Decided April 13, 2005.

Vicki H. Lamberson, Assistant U.S. Attorney, Amarillo, TX, for Plaintiff–Appellee.

Bonita L. Gunden, Assistant Federal Public Defender, Amarillo, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the joint motion of the parties to vacate the sentence is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Antonio DOMINGUEZ–MARTINEZ,**
**Defendant–Appellant.**

No. 04–51101.

United States Court of Appeals,
Fifth Circuit.

Decided April 19, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

Before WIENER, STEWART, and PRADO, Circuit Judges.

published and is not precedent except under